Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  BRIAN MEYER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRIAN MEYER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:   09-CV-1448 JLT<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

      Plaintiff Brian Meyer ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to June 16, 2010; and that Defendant shall have until July 16, 2010, to file his opposition, if any is forthcoming.

-1-

A second extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: April 29, 2010					Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff BRIAN MEYER

DATED:  April 29, 2010				BENJAMIN WAGNER
United States Attorney


*/S/-*Theophous Reagans*

_____
Theophous Reagans
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including June 16, 2010, in which to file Plaintiff's Opening Brief; Defendant
3  may have an extension of time to July 16, 2010 to consider the contentions raised
4  in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

Dated:   **May 6, 2010**                         **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE