Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  BRIAN MEYER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BRIAN MEYER, | Case No.:  1:09-CV-01448 JLT |
| Plaintiff, | SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE; ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 16) |
| Defendant | |

Plaintiff Brian Meyer ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to June 30, 2010; and that Defendant shall have until July 30, 2010, to file his opposition, if any is forthcoming.

1

2  A second extension of time was needed in order to properly address the
3 issues within the administrative record in this matter.  Counsel sincerely apologizes
4 to the court for any inconvenience this may have had upon it or its staff.

5

6 DATE: June 30, 2010            Respectfully submitted,

7                                LAW OFFICES OF LAWRENCE D. ROHLFING

8                                        /s/ *Steven G. Rosales*
                            BY: _____
9                                Steven G. Rosales
                                 Attorney for plaintiff BRIAN MEYER
10

11 DATED:  June 30, 2010          BENJAMIN WAGNER
                                  United States Attorney
12

13

14                                */S/-*Kathryn Watson*

15                                _____
                                  Kathryn Watson
16                                Special Assistant United States Attorney
                                  Attorney for Defendant
17                                [*Via email authorization]

18

19

20

21

22

23

24

25

26

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2   and including June 30, 2010, in which to file Plaintiff's Opening Brief; Defendant
3   may have an extension of time to July 30, 2010 to consider the contentions raised
4   in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

Dated:   **July 2, 2010**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE