1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN R. MEYER,<br><br>             Plaintiff,<br><br>       vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>             Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:09-cv-01448-JLT

ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920

(Doc. 22)

Based upon the parties' stipulation (Doc. 22), IT IS ORDERED that fees and expenses in the amount of $3,700.00 as authorized by 28 U.S.C. §§ 1920 and 2412(d) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **November 12, 2010**              **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE